No. 84–1279. DELAWARE *v.* VAN ARSDALL. Sup. Ct. Del. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–722. LONG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5554. HENAO-CASTANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

JULY 18, 1985

No. A–5. OFFICE OF PERSONNEL MANAGEMENT ET AL. *v.* AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. C. A. D. C. Cir. Motion of National Treasury Employees Union for leave to intervene granted. Motions of National Treasury Employees Union and American Federation of Government Employees, AFL–CIO, to stay the order entered by THE CHIEF JUSTICE on July 3, 1985, denied. JUSTICE BRENNAN and JUSTICE POWELL took no part in the consideration or decision of these motions.

JULY 27, 1985

No. 84–1939. CATHOLIC BISHOP OF CHICAGO *v.* F. E. L. PUBLICATIONS, LTD. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 13, 1985

No. 85–85. MCCLENDON *v.* GUIN, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, ET AL. C. A. 11th Cir. Petition for writ of certiorari and/or other relief dismissed under this Court's Rule 53.